UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ONE TWO THREE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:19-CV-442-TAV-JEM ) |
| JERRY L. TRENTHAM, | ) ) |
| Defendant. | ) ) |

## MEMORANDUM OPINION AND ORDER

This action is before the Court on plaintiff's motion for an order directing garnishee, Knoxville TVA Employees Credit Union, to disburse the sum of $1,117.29 to One Two Three, LLC [Doc. 45].

Federal Rule of Civil Procedure 64 provides that "throughout an action, every remedy is available that, under the law of the state where the court is located, provides for seizing . . . property to secure satisfaction of the potential judgment." Rule 69.05 of the Tennessee Rules of Civil Procedure provides that garnishment is such a remedy.

Upon review of the entire record, the Court finds plaintiff's motion to be well-taken, and it is hereby ordered that the motion [Doc. 45] is **GRANTED**.

Knoxville TVA Employees Credit Union, P.O. Box 36027, Knoxville, Tennessee 37930, pursuant to the garnishment interrogatory answers filed in this matter [Doc. 44], is **ORDERED** to pay to the registry of the United States District Court for the Eastern District of Tennessee the amount of $1,117.29. Upon payment of this amount, Knoxville TVA Employees Credit Union shall be **RELEASED** from this garnishment.

Upon receipt of the garnished amount of $1,117.29, the Clerk is **DIRECTED** to draw a check on funds on deposit in the registry of this Court in the amount of $1,117.29 payable to One Two Three, LLC, and mail or deliver the check to Winchester, Sellers, Foster & Steele, P.C., at 800 South Gay Street, Suite 1000, First Tennessee Plaza, Knoxville, Tennessee 37929, attorney for plaintiff.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

2

Case 3:19-cv-00442-TAV-JEM    Document 46    Filed 11/20/24    Page 2 of 2    PageID #: 403